```
LAWRENCE G. BROWN
Acting United States Attorney
MARK E. CULLERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED
FEB 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMONA CAMPOS, et al.,<br><br>    Defendants. | CASE NO. 1:09-CR-053 AWI<br><br>MOTION TO UNSEAL INDICTMENT; AND ORDER |

    The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

    The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Mark E. Cullers, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: February 13, 2009

                                MARK E. CULLERS
                                Assistant U. S. Attorney

    IT IS SO ORDERED.

DATED: February 13, 2009

                                SANDRA M. SNYDER
                                United States Magistrate Judge

1