1 DANIEL J. BRODERICK, #89424
Federal Defender
2 VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERONICA MERCEDES CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0053 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: May 26, 2009 |
| VERONICA MERCEDES CAMPOS, *et al.,* | Time: 9:00 a.m. |
| *Defendants.* | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for April 27, 2009 at 9:00 a.m. may be continued to **May 26, 2009 at 9:00 a.m.**

Defendants are requesting more time to review this case. The government concurs with the new date.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

                                              LAWRENCE BROWN
                                              United States Attorney

DATED: April 23, 2009                    By:  /S/ Marc E. Cullers
                                              MARC E. CULLERS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

DATED: April 23, 2009                    By  /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Veronica Mercedes Campos

DATED: April 23, 2009                    By  /s/ Frank M. Nunes
                                              FRANK M. NUNES
                                              Attorney for Defendant
                                              Ramona Campos

DATED: April 23, 2009                    By  /s/ Richard A. Beshwate, Jr.
                                              RICHARD A. BESHWATE, JR.
                                              Attorney for Defendant
                                              Melissa Ann Lopez

**O R D E R**

IT IS SO ORDERED.

**Dated:  April 24, 2009**                  **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE